# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 09-0515-CV-W-GAF ) |
| NGA T. OYER, LINDA M. OYER, and FORETHOUGHT CAPITAL FUNDING, INC. | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

Upon the stipulation, motion and consent of all parties hereto, this case and all claims and allegations in this case are hereby dismissed *with prejudice*, with each party to bear its or their own costs and attorney's fees.

IT IS FURTHER ORDERED that all funds currently deposited with the Court Clerk, including any interest that has accrued from the date the funds were deposited on July 9, 2009 to the present, shall be paid as follows:

a. $18,937.65 to Forethought Capital Funding, Inc.; and

b. The remainder of the life insurance proceeds deposited with the Court to Nga T. Oyer.

**IT IS SO ORDERED, ADJUDGED AND DECREED** this 24th day of August, 2009.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court